```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 13576
   ROBERT J FRANZONE
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2412


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/30/07 .

    2.  The case was dismissed without confirmation, 10/26/2007.

--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
EMC MORTGAGE            CURRENT MORTG         .00           .00          .00
EMC MORTGAGE         MORTGAGE ARRE NOT FILED                .00          .00
         Summary of disbursements:
--------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED    OTHER       TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00        .00        .00         .00         .00
PRINCIPAL PAID           .00        .00        .00         .00         .00
INTEREST PAID            .00        .00        .00         .00         .00
TOTAL PAID               .00        .00        .00         .00         .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $      .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




    Dated:  01/14/08               /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 07 B 13576 ROBERT J FRANZONE